## (December 9, 1974)

■ IRVIN B. BALDWIN et al., Appellants, v. NEWSDAY, INC., et al., Respondents.— In a libel action, plaintiffs appeal from an order of the Supreme Court, Nassau County, dated September 17, 1974, which denied their motion for further disclosure. Order reversed, in the interests of justice, without costs, motion granted and case stricken from the Trial Calendar. The incomplete preparation of plaintiffs' cause may be attributable to their counsel's lingering terminal illness, and they should not suffer as a result thereof. The case should be stricken from the Trial Calendar in order to permit both sides to pursue their respective pretrial procedures. Gulotta, P. J., Hopkins, Martuscello, Latham and Christ, JJ., concur.

■ JOHN E. CORKERY, as Administrator of the Estate of LESLIE K. CORKERY, Deceased, Respondent, and JOHN E. CORKERY, JR., et al., Appellants, v. UTILITY LINES, INC., et al., Appellants-Respondents. (Action No. I.) ARTHUR S. TOOMEY, Appellant-Respondent, v. JOHN E. CORKERY, JR., Respondent-Appellant. (Action No. II.) — Judgment of the Supreme Court, Suffolk County, entered January 7, 1974, (1) affirmed insofar as it is in favor of defendant John E. Corkery, Jr., against plaintiff Arthur S. Toomey (Action No. II) and in favor of defendants Utility Lines, Inc., and Arthur S. Toomey against plaintiffs John E. Corkery individually and John E. Corkery, Jr., without costs, and (2) reversed, on the law, insofar as it is in favor of plaintiff John E. Corkery, as administrator of the estate of Leslie Kathleen Corkery, and in favor of defendants Utility Lines, Inc., and Arthur S. Toomey on their counterclaim against plaintiff John E. Corkery, Jr., and, as between these parties, action severed and new trial granted, solely on the issue of damages, with costs to abide the event, unless, within 30 days after entry of the order to be made hereon, plaintiff John E. Corkery, as administrator of the estate of Leslie Kathleen Corkery, shall serve and file in the office of the clerk of the trial court, a written stipulation consenting to reduce the verdict in favor of him, as administrator, from $150,000 to $40,000 and to the entry of amended judgment accordingly, in which event the judgment shall also be amended to reduce accordingly the recovery over in favor of Utilities Lines, Inc., and Arthur S. Toomey against John E. Corkery, and the judgment, as so reduced and amended, is affirmed, without costs. The findings of fact are affirmed. Appeals from the order of the same court, dated December 3, 1973, dismissed, without costs. No appeal lies from an order denying a motion for a new trial based upon the trial minutes. Under the circumstances herein, the amount of damages was excessive to the extent indicated hereinabove. Gulotta, P. J., Martuscello, Latham, Christ and Benjamin, JJ., concur.